# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150470

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARCUS TRINAL ROBINSON,
      Defendant-Appellant.

SC: 150470
COA: 314906
Kalamazoo CC: 2012-000990-FC

_____/

     On order of the Court, the application for leave to appeal the October 2, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



Clerk

s0513